### 39322.   CITY OF ATLANTA v. LUNSFORD.

EBERHARDT, Judge.   The facts and the issue in this case are substantially the same as in *City of Atlanta v. Lunsford,* ante, and the ruling there is determinative of the issue here.

*Judgment affirmed.   Carlisle, P. J., and Custer, J., concur.*

DECIDED JANUARY 29, 1962.

*J. C. Savage, Martin McFarland,* for plaintiff in error.
*Poole, Pearce & Hall, William F. Lozier,* contra.